[No. 22145–1–I.   Division One.   April 16, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD LEE HOUCK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–02221–4, Terrence A. Carroll, J., entered April 11, 1988. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Grosse, A.C.J., and Pekelis, J.


[No. 23177–4–I.   Division One.   April 16, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. HENRY HAMILTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–03072–0, Jerome M. Johnson, J., entered October 31, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Swanson and Pekelis, JJ.


[No. 24840–5–I.   Division One.   April 16, 1990.]

PUBLIC EMPLOYEES MUTUAL INSURANCE COMPANY, *Respondent,* v. JOHN T. WALENCEUS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 88–2–18265–5, John M. Darrah, J., entered January 18, 1989. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Scholfield, JJ.